UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARION COSTELLO,

    Plaintiff,

v.                                             Case No:   2:14-cv-722-FtM-CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Before the Court is Defendant's Motion for Entry of Judgment with Remand (Doc. 16), filed on March 12, 2015. Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings before the Administrative Law Judge. Plaintiff does not oppose the motion. Pursuant to Title 42, United States Code, Section 405(g), the Court may reverse the decision of the Commissioner with or without remanding the case for a rehearing. Upon due consideration, Defendant's motion will be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Defendant's Motion for Entry of Judgment with Remand (Doc. 16) is **GRANTED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Administrative Law Judge to:

    a. Evaluate the opinion of Omar Rieche, M.D. and nurse practitioner Susan Samerdyke dated November 30, 2012 (Exhibit 12F);

    b. Evaluate whether Plaintiff's impairments meet or equal Listing 12.05C.

2. The Clerk shall enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of March, 2015.

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record